for testing purposes as authorized by the latter provision should not be deemed to constitute a violation under section 2. (See *People ex rel. Killeen v. Kankakee School Dist.* (1971), 48 Ill.2d 419, 422-423.) There being no violation, plaintiff's petition for confiscation and destruction was properly dismissed. We therefore affirm the judgment of the trial court.

Judgment affirmed.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* KENNETH DALTON *et al.,* Defendants-Appellants.

(No. 55828;

First District (2nd Division)—June 19, 1973.

Opinion by Mr. JUSTICE LEIGHTON.

Gerald W. Getty, Public Defender, of Chicago, (Saul H. Brauner and James J. Doherty, Assistant Public Defenders, of counsel,) for appellants.

Edward V. Hanrahan, State's Attorney, of Chicago, (Elmer C. Kissane, Assistant State's Attorney, of counsel,) for the People.